Same case below, 625 F.3d 1309.

**No. 10-9260. Dana Michael Ide, Petitioner v. United States.**

563 U.S. 1035, 131 S. Ct. 2962, 180 L. Ed. 2d 251, 2011 U.S. LEXIS 4185.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 624 F.3d 666.

**No. 10-9261. Donald Graham, Petitioner v. United States.**

563 U.S. 1035, 131 S. Ct. 2962, 180 L. Ed. 2d 251, 2011 U.S. LEXIS 4230.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 622 F.3d 445.

**No. 10-9539. Lonnie Pritchard, Petitioner v. Pat Hayden.**

563 U.S. 1035, 131 S. Ct. 2962, 180 L. Ed. 2d 251, 2011 U.S. LEXIS 4333.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9783. Mourice Neal, Petitioner v. Judith A. Raddatz, et al.**

563 U.S. 1035, 131 S. Ct. 2963, 180 L. Ed. 2d 251, 2011 U.S. LEXIS 4288.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9785. Olbin Reyes, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

563 U.S. 1035, 131 S. Ct. 2963, 180 L. Ed. 2d 251, 2011 U.S. LEXIS 4289.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9787. Palani Karupaiyan, et al., Petitioners v. Gary Brown, et al.**

563 U.S. 1036, 131 S. Ct. 2963, 180 L. Ed. 2d 251, 2011 U.S. LEXIS 4371,

June 6, 2011. Petition for writ of certiorari to the Court of Appeals of Arkansas denied.

**No. 10-9788. Cedric A. Jones, Petitioner v. Florida.**

563 U.S. 1036, 131 S. Ct. 2963, 180 L. Ed. 2d 251, 2011 U.S. LEXIS 4245.

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 53 So. 3d 230.

**No. 10-9791. Mark Eugene Ricks, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 1036, 131 S. Ct. 2964, 180 L. Ed. 2d 251, 2011 U.S. LEXIS 4191.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.